ANTONIO BIZZARRO, Respondent, v. ZIMKOT REALTY CORPORATION, Appellant and Third-Party Plaintiff. ZIMETS BED SPRING CORP., Third-Party Defendant.— In an action to recover damages for personal injuries, defendant moved for summary judgment on the ground that the defense pleaded in its amended answer was established by documentary evidence and official records. None of the documents, except a copy of a lease, was served on plaintiff, but plaintiff's attorney was notified that the documents would be available for inspection at the office of defendant's attorney. Defendant appeals from the order denying the motion, which was denied on the ground that the burden should not be cast upon the adverse party to seek out the documents which are a necessary part of the moving papers. Order affirmed, with $10 costs and disbursements. In addition to the ground upon which the motion was denied, examination of the purported exhibits presented with this appeal, together with consideration of the affidavits in support of the motion, shows that the proof relied on is insufficient to warrant the granting of summary judgment. Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.

ANTONIO BIZZARRO, Respondent, v. ZIMKOT REALTY CORPORATION, Appellant and Third-Party Plaintiff. ZIMETS BED SPRING CORP., Third-Party Defendant. — In an action to recover damages for personal injuries, defendant appeals from an order insofar as it denied defendant's motion to vacate or modify plaintiff's notice to examine, before trial, the third-party defendant as a party. Order affirmed, with $10 costs and disbursements. Having elected to contest plaintiff's claim, the third-party defendant is a party adverse to the plaintiff (Civ. Prac. Act, § 193-a, subd. 2) and may be examined before trial as such. Schmidt, Beldock and Murphy, JJ., concur; Nolan, P. J., and MacCrate, J., dissent and vote to dismiss the appeal on the ground that appellant is not a party aggrieved. (*Nixon* v. *Beacon Transp. Corp.*, 239 App. Div. 830.)

HENRIETTA FRIEDBERG, Appellant, v. SIDNEY SELIGMAN et al., Copartners Doing Business under the Name of SELIGMAN & LATZ, et al., Respondents.— In an action to recover damages for personal injuries, plaintiff appeals from an order denying her motion to open her default in appearing for trial and to restore the cause to the trial calendar. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

SYLVIA GURMAN, Respondent, v. JULIUS GURMAN, Appellant.— In an action for a separation on the ground of abandonment, wherein the husband counterclaimed for an annulment upon the ground of the wife's fraud in concealing her inability to bear children as a consequence of surgery prior to the marriage, the Official Referee, to whom the action was referred to hear and determine, after trial, granted plaintiff a judgment of separation and dismissed the counterclaim. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.